UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES S. HANNA, : | |
| Plaintiff, : | CIVIL ACTION |
| v. : | NO. 5:12-cv-2423 |
| : | |
| JASON GROZIER, et al., : | |
| Defendants. : | |

# **O R D E R**

Defendants' Motion for Partial Judgment on the Pleadings, ECF No. 57- Granted

**AND NOW**, this 18th day of May, 2015, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. Defendants' Motion for Partial Judgment on the Pleadings, ECF No. 57, is **GRANTED**;

2. Plaintiff's request for prospective injunctive relief in Count III, in the form of educational training, is **DISMISSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge